```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

RACHEL A. AYERS,                *
                                *
    Plaintiff,                 *
                                *
vs.                             *   CIVIL ACTION NO. 21-00461-B
                                *
KILOLO KIJAKAZI,                *
Acting Commissioner of          *
Social Security,                *
                                *
    Defendant.                 *

## JUDGMENT

    In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits be **AFFIRMED.**

    **DONE** this **28th** day of **March, 2023.**

                                                            /s/ SONJA F. BIVINS
                                                **UNITED STATES MAGISTRATE JUDGE**